No. 342. Tous et al., Peticionarios, v. Rodríguez Serra, Juez Sustituto.—Corte de Distrito de San Juan, Primer Distrito. *Certiorari.* Resuelto en enero 16, 1922. No convencido el Tribunal que no tuvieran a su alcance los peticionarios otros recursos, en el ejercicio de su discreción, niega la expedición del auto.

No. 1840. El Pueblo, Apelado, v. Montañez et al., Apelantes.—Corte de Distrito de San Juan, Primer Distrito. Acometimiento y agresión simple. Resuelto en enero 16, 1922. No existiendo pliego de excepciones ni relación de hechos y no apareciendo de los autos error fundamental alguno, se confirma la sentencia.

No. 2638. Colón, Apelada, v. Sucesión de M. Pérez, Apelante.—Corte de Distrito de San Juan, Primer Distrito. Memorándum de costas. Moción de la apelada para desestimar la apelación y certificación que se acompaña. Resuelto en enero 19, 1922. *Desestimada.*

No. 1846. El Pueblo, Apelado, v. Ramos, Apelante.—Corte de Distrito de San Juan, Segundo Distrito. Acometimiento y agresión grave. Resuelto en enero 20, 1922. No existiendo pliego de excepciones, relación de hechos, ni alegato y no apareciendo de los autos error fundamental alguno, se confirma la sentencia modificándola, de manera que en defecto del pago de la multa de $100, por el apelante, cumpla un día de cárcel por cada dólar y la prisión subsidiaria no exceda de noventa días.

No. 1852. El Pueblo, Apelado, v. Ríos, Apelante.—Corte de Distrito de Aguadilla. Infracción del artículo 10 del Reglamento de automóviles. Resuelto en enero 23, 1922. No existiendo pliego de excepciones ni relación de hechos y no apareciendo de los autos error fundamental alguno, se confirma la sentencia.

No. 336. Vergne et al., Peticionarios, v. Díaz Cintrón, Juez de Distrito, Guayama, Demandado. — *Certiorari.* Re-